IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MAURICE DEMAN HALL | § | |
| VS. | § | CIVIL ACTION NO. 9:21cv249 |
| TINA M. METOYER, ET AL. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Maurice Deman Hall, proceeding *pro se*, filed this lawsuit. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for temporary restraining order filed by plaintiff be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the Court. The motion for temporary restraining order (doc. no. 11) is **DENIED**.

**SIGNED** this the 28 day of **June, 2022.**

_____
Thad Heartfield
United States District Judge